1  **Brian H. Gunn (SBN 192594)**
   *bhgunn@wolfewyman.com*
2  **Joshua M. Bryan (SBN 225230)**
   *jmbryan@wolfewyman.com*
3  **WOLFE & WYMAN LLP**
   **980 9th Street, Suite 2350**
4  **Sacramento, CA 95814-2716**
   **Telephone:  (916) 912-4700**
5  **Facsimile:  (916) 329-8905**

6  **Attorneys for Defendants**
   **THE BANK OF NEW YORK TRUST COMPANY**
7  **N/A F/K/A THE BANK OF NEW YORK TRUST**
   **COMPANY NA AS SUCCESSOR IN INTEREST TO**
8  **JP MORGAN CHASE BANK NA AS TRUSTEE FOR**
   **MASTR ADJUSTABLE RATE MORTGAGES TRUST**
9  **2005-I, MORTGAGE PASS-THROUGH CERTIFICATE**
   **SERIES 2005-I; WELLS FARGO BANK, N.A.;**

10

11                  **UNITED STATES DISTRICT COURT**

12             **STATE OF CALIFORNIA EASTERN DISTRICT**

13

14  LAWRENCE P. MONTEFORTE, MICHELLE R.      Case No.: 2:16-cv-01675-WBS-EFB
    MONTEFORTE, EN K CU AND SEN VAN
15  NGUYEN,
                                            **DEFENDANTS' NOTICE OF MOTION TO**
16          Plaintiffs,                     **DISMISS PLAINTIFFS' COMPLAINT**

17      v.                                  *[ACCOMPANYING MEMORANDUM OF*
                                            *POINTS & AUTHORITIES IN SUPPORT]*
18  THE BANK OF NEW YORK MELLON TRUST
    COMPANY NA F/K/A/ THE BANK OF NEW
19  YORK TRUST COMPANY NA AS SUCCESSOR      **Date:  September 6, 2016**
    IN INTEREST TO JP MORGAN CHASE BANK     **Time: 1:30 p.m.**
20  NA AS TRUSTEE FOR MASTR ADJUSTABLE      **Ctrm.:5, 14th Floor**
    RATE MORTGAGES TRUST 2005-I,
21  MORTGAGE PASS-THROUGH CERTIFICATES
    SERIES 20051; CLEAR RECON CORP; WELLS
22  FARGO, N.A.; WELLS FARGO BANK, N.A.;
    AND DOES 1-100, INCLUSIVE,
23
            Defendants.
24

25

26  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

27          PLEASE TAKE NOTICE that on **September 6, 2016 at 1:30 p.m.,** or as soon thereafter as

28  the matter may be heard in Courtroom 5, 14th Floor, of the above-captioned Court located at

                                         1
─────────────────────────────────────────────────────────
               **NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

1   501 "I" Street, Sacramento, California, Defendants THE BANK OF NEW YORK TRUST

2   COMPANY N/A F/K/A THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR

3   IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE

4   RATE MORTGAGES TRUST 2005-I, MORTGAGE PASS-THROUGH CERTIFICATE SERIES

5   2005-I ("BNYM") and WELLS FARGO BANK, N.A. ("Wells") ("Defendants"), will and hereby do

6   move to dismiss the first, second, third, fourth and fifth causes of action of the Complaint

7   ("COMPLAINT") of Plaintiffs on the grounds that each of the first, second, third, fourth and fifth

8   causes of action fail to state a claim upon which relief can be granted under Federal Rule 12(b)(6).

9       This Motion is based on this notice, the supporting memorandum of points and authorities

10  filed herewith, all judicially noticed matters, and all pleadings and papers on file in this action, on

11  the reply, if any, that may be filed with the Court, and on any and such further oral and documentary

12  evidence as may be presented at the hearing of this matter.

13

14  DATED:  July 27 2016                        WOLFE & WYMAN LLP

15

16  By: //s//*JOSHUA M. BRYAN*
             BRIAN H. GUNN
17           JOSHUA M. BRYAN
           Attorneys for Defendant
18         **THE BANK OF NEW YORK TRUST**
           **COMPANY N/A F/K/A THE BANK OF NEW**
19         **YORK TRUST COMPANY NA SUCCESSOR**
           **IN INTEREST TO JP MORGAN CHASE**
20         **BANK NA AS TRUSTEE FOR MASTR**
           **ADJUSTABLE RATE MORTGAGES TRUST**
21         **2005-I, MORTGAGE PASS-THROUGH**
           **CERTIFICATE SERIES 2005-I; WELLS**
22         **FARGO BANK, N.A.**

23

24

25

26

27

28

2

2495277.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                                    )    **ss.**

COUNTY OF SACRAMENTO   )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814-2716.

On July 27, 2016, I served the document(s) described as: **NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐    **BY MAIL**: as follows:

     ☐      **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    **BY EXPRESS MAIL** as follows:  I caused such envelope to be deposited in the U.S. Mail at Sacramento, California.  The envelope was mailed with Express Mail postage thereon fully prepaid.

☒    **BY ELECTRONIC ACCESS** Pursuant to the Federal Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the McKinley, et al. v. CitiMortgage, Inc., et al. website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐    **STATE**       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    **FEDERAL**     I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

     Executed on July 27, 2016, at Sacramento, California.

                                              _Beverley Tomlin-Hill_
                                          Beverley Tomlin-Hill

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
**MONTEFORTE, et al. v. THE BANK OF NEW YORK MELLON, et al.**
**W&W File No. 1641-043**
**[Revised: 07/05/16]**

Michael J. Yesk                                   Attorneys for Plaintiffs
Attorney at Law
70 Doray Drive, Suite 16                          Tel: (925) 849-5525
Pleasant Hill, CA 94523                           Fax: (925) 887-6642
                                                  Email: yesklaw@gmail.com