Michael Yesk (SB#130056)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU AND SEN VAN NGUYEN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY NA F/K/A THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-1; CLEAR RECON CORP., WELLS FARGO BANK, N.A.; AND DOES 1-100, INCLUSIVE<br><br>　　　　Defendants. | CASE NO: 2:16−CV−01675−WBS−EFB<br><br>STIPULATION AND ORDER TO EXTEND THE TIME PLAINTIFF HAS TO RESPOND TO THE MOTION TO DISMISS AND TO CONTINUE THE HEARING DATE<br><br>**JURY TRIAL DEMANDED.** |

　　COMES NOW the Plaintiffs, LAWRENCE P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU and SEN VAN NGUYEN, and Defendants, and Stipulate as follows:

　　WHEREFORE: Plaintiff's counsel Michael Yesk was attacked by a dog on July 24, 2016 and was on Medical Leave with cellulitis (The term cellulitis is commonly used to indicate a nonnecrotizing inflammation of the skin and subcutaneous tissues, usually from acute infection) until August 9, 2016;

STIPULATION AND ORDER TO EXTEND THE TIME PLAINTIFF HAS TO RESPOND TO
THE MOTION TO DISMISS AND TO CONTINUE THE HEARING DATE  - 1

1  This Action was removed to Federal Court and the Motion to Dismiss filed while Mr.
2  Yesk was on Medical Leave, and the Motion was inadvertently not calendared, so the deadline to
3  file an Opposition passed without Plaintiff being aware of the deadline;

4  THEREFORE, the parties hereby Stipulate as follows:

5  Plaintiff's Opposition will be filed by Monday, September 19, 2016.

6  Defendant's Reply Brief will be due Monday, September 26, 2016.

7  The Hearing shall be continued until October 3, 2016 at 1:30pm in the same Courtroom.

8  DATED:  August 24 2016          WOLFE & WYMAN LLP
9                                  By: /lsi/JOSHUA M BRYAN
                                    BRIAN H. GUNN
10                                  JOSHUA M. BRYAN
                                    Attorneys for Defendant
11                                  THE BANK OF NEW YORK TRUST
                                    COMPANY N/A F/K/A THE BANK OF NEW
12                                  YORK TRUST COMPANY NA SUCCESSOR
                                    IN INTEREST TO JP MORGAN CHASE
13                                  BANK NA AS TRUSTEE FOR MASTR
                                    ADJUSTABLE RATE MORTGAGES TRUST
14                                  2005-I, MORTGAGE PASS-THROUGH
15                                  CERTIFICATE SERIES 2005-I; WELLS
                                    FARGO BANK, N.A.
16

17

18  DATED: August 24, 2016          /s/ Michael Yesk
19                                  Michael Yesk
                                    Attorney for Plaintiffs
20                                  70 Doray Drive, Suite 16
                                    Pleasant Hill, CA 94523
21                                  925-849-5525

22  IT IS SO ORDERED.

23  Dated: August 26, 2016

24                                  [signature]
                                    WILLIAM B. SHUBB
25                                  UNITED STATES DISTRICT JUDGE

26

STIPULATION AND ORDER TO EXTEND THE TIME PLAINTIFF HAS TO RESPOND TO
THE MOTION TO DISMISS AND TO CONTINUE THE HEARING DATE  - 2