Michael Yesk (SB#130056)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU AND SEN VAN NGUYEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY NA F/K/A THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-1; CLEAR RECON CORP., WELLS FARGO BANK, N.A.; AND DOES 1-100, INCLUSIVE<br><br>　　　　Defendants. | CASE NO: 2:16−CV−01675−WBS−EFB<br><br>STIPULATION AND ORDER TO EXTEND THE TIME PLAINTIFF HAS TO RESPOND TO THE MOTION TO DISMISS AND TO CONTINUE THE HEARING DATE<br><br>**JURY TRIAL DEMANDED.** |

　　　COMES NOW the Plaintiffs, LAWRENCE P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU and SEN VAN NGUYEN, and Defendants, and Stipulate as follows:

　　　WHEREFORE: The Court kindly extended the time for the Motion to Dismiss as follows:

　　　Plaintiff's Opposition will be filed by Monday, September 19, 2016.

　　　Defendant's Reply Brief will be due Monday, September 26, 2016.

STIPULATION AND ORDER TO EXTEND THE TIME PLAINTIFF HAS TO RESPOND TO

THE MOTION TO DISMISS AND TO CONTINUE THE HEARING DATE  - 1

1. The Hearing shall be continued until October 31, 2016 at 1:30pm in the same Courtroom.

2. WHEREFORE Plaintiff has requested one final extension to Sept. 24, 2016 to file the Opposition, Defendants' Reply Brief to be due on October 3, and the hearing shall be set for October 31, 2016 at 1:30 p.m.

The Scheduling Conference is continued from November 21, 2016 to December 5, 2016 at 1:30 p.m.  A Joint Status Report shall be filed no later than November 21, 2016.

DATED:  September 23, 2016                WOLFE & WYMAN LLP
                                          By: /lsi/JOSHUA M BRYAN
                                          BRIAN H. GUNN
                                          JOSHUA M. BRYAN
                                          Attorneys for Defendant
                                          THE BANK OF NEW YORK TRUST COMPANY N/A F/K/A THE BANK OF NEW YORK TRUST COMPANY NA SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-I, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-I; WELLS FARGO BANK, N.A.

DATED: September 23, 2016                 /s/ Michael Yesk
                                          Michael Yesk
                                          Attorney for Plaintiffs
                                          70 Doray Drive, Suite 16
                                          Pleasant Hill, CA 94523
                                          925-849-5525

IT IS SO ORDERED.

Dated:  September 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND THE TIME PLAINTIFF HAS TO RESPOND TO THE MOTION TO DISMISS AND TO CONTINUE THE HEARING DATE  - 2