**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
**Telephone:  (916) 912-4700**
**Facsimile:   (916) 329-8905**

**Attorneys for Defendant**
**THE BANK OF NEW YORK TRUST COMPANY**
**N/A F/K/A THE BANK OF NEW YORK TRUST**
**COMPANY NA AS SUCCESSOR IN INTEREST TO**
**JP MORGAN CHASE BANK NA AS TRUSTEE FOR**
**MASTR ADJUSTABLE RATE MORTGAGES TRUST**
**2005-I, MORTGAGE PASS-THROUGH CERTIFICATE**
**SERIES 2005-I; WELLS FARGO BANK, N.A.;**

# UNITED STATES DISTRICT COURT

# STATE OF CALIFORNIA EASTERN DISTRICT

| | |
|---|---|
| LAWRENCE P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU AND SEN VAN NGUYEN,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY NA F/K/A/ THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-I, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 20051; CLEAR RECON CORP; WELLS FARGO, N.A.; WELLS FARGO BANK, N.A.; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-01675-WBS-EFB<br><br>**ORDER CONTINUING STATUS CONFERENCE TO MARCH 27, 2017** |

Based on the related stipulation of the parties executed on February 2, 2017, and good cause appearing, the scheduling conference set for hearing on February 13, 2017 is hereby vacated and continued to March 27, 2017 at 1:30 p.m.

1
**ORDER RE CONT STATUS CONFERENCE**

1

2 The stay of the action shall remain in place until the date of completion of the VDRP mediation or

3 90 days from the date of entry of this order, whichever occurs earlier.

4 **IT IS SO ORDERED**

5

6 Dated:  February 2, 2017

7

_____

WILLIAM B. SHUBB

8 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28