**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
**Telephone:  (916) 912-4700**
**Facsimile:   (916) 329-8905**

Attorneys for Defendant
**THE BANK OF NEW YORK TRUST COMPANY
N/A F/K/A THE BANK OF NEW YORK TRUST
COMPANY NA AS SUCCESSOR IN INTEREST TO
JP MORGAN CHASE BANK NA AS TRUSTEE FOR
MASTR ADJUSTABLE RATE MORTGAGES TRUST
2005-I, MORTGAGE PASS-THROUGH CERTIFICATE
SERIES 2005-I; WELLS FARGO BANK, N.A.**

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA EASTERN DISTRICT

| | |
|---|---|
| LAWRENCE P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU AND SEN VAN NGUYEN,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY NA F/K/A/ THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-I, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 20051; CLEAR RECON CORP; WELLS FARGO, N.A.; WELLS FARGO BANK, N.A.; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-01675-WBS-EFB<br><br><br><br>**ORDER EXTENDING<br>TIME FOR DEFENDANTS TO RESPOND<br>TO PLAINTIFFS FIRST AMENDED<br>COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiffs LAWRENCE

P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU AND SEN VAN NGUYEN and

Defendants **THE BANK OF NEW YORK TRUST COMPANY N/A F/K/A THE BANK OF**

1

**NEW YORK TRUST COMPANY NA AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-I, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-I; WELLS FARGO BANK, N.A.**

IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiffs' First Amended Complaint shall be and hereby is extended up to and including July 5, 2017.

**IT IS SO ORDERED.**

**Dated: June 13, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROPOSED ORDER EXTENDING TIME TO RESPOND TO FAC**

2766192.1