**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendants**
**THE BANK OF NEW YORK TRUST COMPANY N/A F/K/A THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-I, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-I; WELLS FARGO BANK, N.A.**

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA EASTERN DISTRICT

| | |
|---|---|
| LAWRENCE P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU AND SEN VAN NGUYEN,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY NA F/K/A/ THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-I, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 20051; CLEAR RECON CORP; WELLS FARGO, N.A.; WELLS FARGO BANK, N.A.; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-01675-WBS-EFB<br><br><br><br>**ORDER MODIFYING PRETRIAL DEADLINES** |

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Defendants THE

BANK OF NEW YORK TRUST COMPANY N/A F/K/A THE BANK OF NEW YORK TRUST

COMPANY NA AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS

1

**[PROPOSED] ORDER RE STIPULATION TO MODIFY PRETRIAL DEADLINES**

TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-I, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-I ("BNYM"); WELLS FARGO BANK, N.A. ("Wells") (collectively "Defendants") and Plaintiffs LAWRENCE P. MONTEFORTE, MICHELLE R. MONTEFORTE, EN K CU AND SEN VAN NGUYEN ("Plaintiffs"), the Court's Pretrial Order entered on May 5, 2017, is hereby modified as follows:

The deadline for service of initial disclosures is continued to August 1, 2017.

**IT IS SO ORDERED.**

Dated: July 7, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE